Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number
SUSAN LOMAS
2528 Kendall Street
La Verne, CA 91750
(323) 533-5242

Attorney for

FOR COURT USE ONLY



LODGED
SEP 27 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

FILED
OCT 12 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

ENTERED
OCT 15 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY         Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: SUSAN LOMAS

Debtor.

CHAPTER 7

CASE NUMBER 2:10-BK-38296

(No Hearing Required)

### ORDER ON MOTION TO AVOID LIEN
### UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)

**(Creditor Name:** Bank of America, NA as trustee for the C-BASS Mortgage Loan Asset Backed Certificates, Series 2006 CB7
*(Insert Name of Creditor holding Lien to be Avoided)*

Pursuant to 11 U.S.C. § 522(f) and Local Bankruptcy Rule 9013-1(o), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with Local Bankruptcy Rule 9013-1(o).

2. **Hearing Information:**
   a. ☐ No hearing is required: Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:          (2) Time:          (3) Courtroom:          (4) Judge:
      (5) The matter was ☐ Contested  ☐ Uncontested  ☐ Settled by Stipulation  ☐ Not Prosecuted
      (6) ☐ Debtor present in Court *(Name)*:
      (7) ☐ Attorney for Debtor present in Court *(Name)*:
      (8) ☐ Attorney for Lienholder present in Court *(Name)*:
      (9) ☐ Other parties present as reflected in the Court record

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: 2528 Kendall Street, La Verne, CA 91750

   b. Legal Description *(specify)*: APN# 8370-035-088; Lot 105 of Tract # 29007, in the city of La Verne, County of     ☐ See Attached Page
   Los Angeles, State of California, as per map recorded in Book 715 pages 87 and 88, in the office of the county recorder of said county.

4. Recording information regarding lien to be avoided:
   a. Date of Recordation of Lien *(specify)*:
   b. Recorder's Instrument Number or Map/Book/Page Number *(specify)*: APN# 8370-035-088
   Lot 105, of Tract # 29007, in the City of La Verne, County of Los Angeles, State of California, as per map recorded in
   Book 715 pages 87 and 88 of maps, in the office of the county recorder of said county.

*(This Order is continued on next page.)*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Janaury 2009                                                                                                   F 9013-1.6

Order on Motion to Avoid Lien (Real Property) - Page 2           **F 9013-1.6**

| In re<br>SUSAN LOMAS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-BK-38296 |

5. ☐ Motion granted:
   a. ☐ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☐ The judicial lien is hereby declared void and unenforceable:
      (1) ☐ In its entirety
      (2) ☐ In the following amount only: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:      ☐ With Prejudice      ☐ Without Prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Other (specify):  *Denied.*

7. ☐ The Court further orders as follows (specify):      ☐ See Attached Page

*Refile this motion with chapter 13 judge; this is a chapter 13 case —*

Dated:

JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

10/12/10

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Janaury 2009                                                              **F 9013-1.6**

Order on Motion to Avoid Lien (Real Property) - Page 3    F 9013-1.6

| In re<br>SUSAN LOMAS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-BK-38296 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

1141 S. Fairfax, #14, Los Angeles, CA 90019

A true and correct copy of the foregoing document described as  Order on Motion to Avoid Lien (Form F9013-1.6)   will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  9/27/10   I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  9/27/10   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

BANK OF AMERICA, NA, c/o CT. CORP. AGENT/ Margaret Wilson (Agent for Service) 818 W. 7th St., L.A., CA 90017
Hon. Judge Ernest Robles, 255 E. Temple, #1516, Los Angeles, CA
US TRUSTEE, 725 S. Figueroa, 26th Fl., Los Angeles, CA 90017
Sam Leslie, Trustee, 3435 Wilshire blvd., Los Angeles, CA 90010
(Certified mail # 7010 1870 0003 0526 4606

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/10 | Armando Sanchez | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Janaury 2009    F 9013-1.6

**SENDER: COMPLETE THIS SECTION**

- Attach this card to the back of the mailpiece, or on the front if space permits.

Los Angeles, CA 90017

2. Article Number
(Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

B. Received by ( Printed Name )    C. Date of Delivery

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered    ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

Order on Motion to Avoid Lien (Real Property) - *Page 4*    **F 9013-1.6**

| In re<br>SUSAN LOMAS | | CHAPTER: 7 |
|---|---|---|
| | Debtor(s). | CASE NO.: 2:10-BK-38296 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

Order on Motion to Avoid Lien (Real Property) - *Page 5*    **F 9013-1.6**

| In re<br>SUSAN LOMAS | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:10-bk-38296-ER |

### NOTE TO USERS OF THIS FORM:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I. below:** The United States trustee and case trustee (if any) will always be in this category.
4) **Category II. below:** List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____
_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:
Bank of America, NA, c/o CT. CORP. Agent/Margaret Wilson, 818 W. 7th St., Los Angeles, CA 90017
Hon. Ernesto Robles, 255 E. Temple, #1516, Los Angeles, CA
US Trustee, 725 S. Figueroa, 26th Fl., Los Angeles, CA 90017
Sam Leslie, Trustee, 3435 Wilshire Blvd., Los Angeles, CA 90010

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is ptional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Janaury 2009    **F 9013-1.6**

| Order on Motion to Avoid Lien (Real Property) - *Page 6* | **F 9013-1.6** |
|---|---|
| In re | CHAPTER: 7 |
| Debtor(s). | CASE NO.: 2:10-BK-38296 |

**ADDITIONAL SERVICE INFORMATION** (if needed):

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Janaury 2009

**F 9013-1.6**