**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**700 S. FLOWER ST., SUITE 1950**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED HEARING

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Susan Lomas | CASE NO.: LA10-38296-EC |
| DEBTOR(S) | **NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**<br><br>DATE: November 15, 2010<br>TIME: 8:00 am<br>PLACE: ERNST & YOUNG PLAZA<br>725 S. FIGUEROA ST. ROOM 103<br>LOS ANGELES, CA 90017 |

**PLEASE TAKE NOTICE THAT the previously scheduled §341(a) MEETING OF CREDITORS will now occur at the time and place listed above.**

**Dated:  10/29/10**

*[signature]*

_____

**Kathy A. Dockery**
**Chapter 13 Trustee**

| | |
|---|---|
| In re: **SUSAN LOMAS** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-38296-EC** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF RESCHEDULED TIME FOR §341(a) MEETING OF CREDITORS**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 10/29/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/29/2010 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       **F 9013-3.1**

| | |
|---|---|
| In re **SUSAN LOMAS** | CHAPTER: 13 |
| | CASE NUMBER: **LA10-38296-EC** |

## Service List

United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

Afni, Inc.
Po Box 3427
Bloomington, IL 61702

ALESSI & BAYARD
556 N. DIAMOND BLVD
SUITE 300
DIAMOND BAR, CA 91765

Alliant University
10455 Pomerado Rd
San Diego, CA 92131

ALLIED INTERSTATE INC
435 FORD RD STE 800
MINNEAPOLIS, MN 55426

AMERICAN AGENCIES
2158 WEST 190TH STREET
TORRANCE, CA 90509-2829

Argent Mortgage Company, LLC
c/o Registered Agent
Charles Baclet
2875 Michelle Drive, Suite 100
Irvine, CA 92606

CAP ONE
PO BOX 85520
RICHMOND, VA 23285

CERTEGY
P O BOX 30046
TAMPA, FL 33630

Citibank
PO Box 22828
Rochester, NY 14692

Citibank N A
701 E 60th St N
Sioux Falls, SD 57104

Conserve
200 Cross Keys Office Pa
Fairport, NY 14450

Credit Management Lp
4200 International Pkwy
Carrollton, TX 75007

FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Global Payments Check
6215 W Howard St
Niles, IL 60714

HSBC BANK NEVADA NA (BOWFLEX)
BASS & ASSOCIATES, P.C.
3936 E. FT. LOWELL
 SUITE 200
TUCSON, AZ 85712

HSBC Bank Nevada, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Hsbc/nautl
90 Christiana Rd
New Castle, DE 19720

INTERNAL REVENUE SERVICE
P O BOX 21125
PHILADELPHIA, PA 19114

Kathy A Dockery (TR)
700 S. Flower Street, Suite 1950
Los Angeles, CA 90017

Litton Loan Servicing, LP
4828 Loop Central Drive
Houston, TX 77801

Merchants Cr
223 W Jackson St Suite 900
Chicago, IL 60606

Midnight Velvet
1112 7th Ave
Monroe, WI 53566

National Recovery Agen
2491 Paxton St
Harrisburg, PA 17111

NELNET LNS
PO BOX 1649
DENVER, CO 80201

Pacific Credit Exchang
15760 Ventura Blvd Ste A
Encino, CA 91436

Professional Collectio
Po Box 45274
Los Angeles, CA 90045

Receivables Performanc
20816 44th Ave W
Lynnwood, WA 98036

Rjm Acq Llc
575 Underhill Blvd Suite 224
Syosset, NY 11791

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

Sallie Mae Servicing
1002 Arthur Dr
Lynn Haven, FL 32444

SAM S LESLIE CHAPTER 7 TRUSTEE
3435 WILSHIRE BLVD
SUITE 990
LOS ANGELES, CA 90010

SEVENTH AVENUE
1112 7TH AVE
MONROE, WI 53566

| | |
|---|---|
| Susan Lomas<br>2528 Kendall Street<br>La Verne, CA 91750 | Thomas J Bayard<br>Alessi & Bayard<br>556 N Diamond Bar Blvd Ste 300<br>Diamond Bar, CA 91765 |
| Through The Country Do<br>1112 7th Ave<br>Monroe, WI 53566 | VERIZON<br>10734 INTERNATIONAL DRIVE<br>RANCHO CORDOVA, CA 95742 |
| Wa St Univ<br>Receivables - Vicki Schulhause  P O Box<br>Pullman, WA 99164-1039 | Wilshire Commercial Ca<br>4751 Wilshire Blvd Ste 1<br>Los Angeles, CA 90010 |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 9013-3.1**